1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9            **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 WESLEY W HUNTER,                          CASE NO. 06CV01402 BEN(LSP)

12                            Petitioner,      ORDER
                        vs.
13 CHARLES M HARRISON, Warden

14                          Respondent.

15

16          On July 10, 2006, Wesley W. Hunter ("Petitioner") filed a Petition for Writ of Habeas Corpus.

17 ("Petition").   The Petition was dismissed without prejudice and granted leave to amend on July 20,

18 2006.  Petitioner filed a Motion for Reconsideration/Request to Reopen Case ("Motion") on May 16,

19 2007.   Petitioner's case was reopened on May 18, 2007, upon paying the necessary filing fee.

20 Therefore, since Petitioner's case has already been reopened, the Petition is hereby **DENIED** as moot.

21          **IT IS SO ORDERED.**

22 DATED:  September 14, 2007

23                                      _____
24                                      Hon. Roger T. Benitez
                                        United States District Judge
25

26 cc: All parties and respective counsel

27

28

                                         - 1 -                        06CV01402 BEN(LSP)