# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

WESLEY W. HUNTER

             **V.**                              **JUDGMENT IN A CIVIL CASE**

CHARLES M. HARRISON

                               CASE NUMBER:    06-CV-1402-BEN (LSP)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

After a thorough review of the record in this matter, the Court finds that Petitioner failed to comply with the AEDPAs statute of limitations, and that no tolling is available. Accordingly, Respondents Motion to Dismiss is granted. The Petition for Writ of Habeas Corpus is dismissed with prejudice..............................

| February 19, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/J. Hathaway
(By) Deputy Clerk

ENTERED ON February 19, 2008

06-CV-1402-BEN (LSP)