FILED
2009 APR -7 PM 12:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| WESLEY W. HUNTER, | Case No. 06cv1402 BEN (LSP) |
|---|---|
| Petitioner, | **ORDER DENYING APPLICATION FOR A CERTIFICATE OF APPEALABILITY** |
| vs. | |
| CHARLES M. HARRISON, Warden, | |
| Respondent. | |

Wesley W. Hunter, a state prisoner proceeding *pro se*, petitioned for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Respondent moved to dismiss, arguing that Hunter failed to comply with the one-year limitations period under the Antiterrorism and Effective Death Penalty Act. After carefully considering the parties' briefs and supplemental filings, the Court dismissed the Petition. Dkt. No. 26. Hunter now applies for a certificate of appealability. Dkt. No. 30.

The Court may issue a certificate of appealability only if Hunter makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this standard, Hunter "need not show that he should prevail on the merits." *Silva v. Woodford*, 279 F.3d 825, 833 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). But he must show "that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

///

  Here, Hunter cannot meet this standard for two reasons. First, as the Court had previously found, he delayed the filing of his Petition for 490 days, during which no statutory tolling was available. Dkt. No. 26 at 5. Second, he failed to present any fact to justify equitable tolling. *Id.* at 5-9. As a result, his claims are not debatable among jurists of reason and do not deserve further encouragement. Accordingly, the Court denies his application for a certificate of appealability.

  IT IS SO ORDERED.

Dated: April 6, 2009

Hon. Roger T. Benitez
United States District Judge